AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUTH ANN KRAEMER, an individual

*Plaintiff*

v.

VIOLET ENERGY, INC., a Delaware Corporation, d/b/a VIOLET POWER, and SOUTHWEST ENERGY AND REAL ESTATE GROUP, LLC (SEREG), successor in interest to VIOLET ENERGY, INC.,

*Defendants*

Civil Action No. 2:22-MC-0001-TOR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Ruth Ann Kraemer recover from the defendant *(name)* Violet Energy, Inc., d/b/a Violet Power and Southwest Energy and Real Estate Group, the amount of One hundred, sixty-eight thousand, seven hundred and twenty-five dollars ($ 168,725.00 ), which includes prejudgment interest at the rate of 18.00 %, plus post judgment interest at the rate of 18.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Entry of Judgment by Stipulation and to Join Judgment Debtor (ECF No. 33) is GRANTED. Judgment is entered against Violet Energy, Inc., d/b/a VioletPower and Southwest Energy and Real Estate Group, LLC, jointly and severally, and in favor of Ruth Ann Kraemer, in the following amounts: (a)$168,725.00 for breach of the Settlement Agreement; (b)Pre-judgment interest at the rate of 18% per annum compounded annually from the date of default of the Settlement Agreement; (c) Post-judgment interest at the rate of 18% per annum compounded annually from the date of entry of the judgment until paid in full.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion for Entry of Judgment by Stipulation and to Join Judgment Debtor.

Date: 7/2/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams