AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RUTH ANN KRAEMER, an individual<br>*Plaintiff*<br>v.<br>VIOLET ENERGY, INC., a Delaware corporation, d/b/a VIOLET POWER, and SOUTHWEST ENERGY AND REAL ESTATE GROUP, LLC (SEREG), successor in interest to VIOLET ENERGY, INC.<br>*Defendant* | Civil Action No. 2:22-MC-0001-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Attorney's Fees (ECF No. 41) is GRANTED. Plaintiff is awarded $30,136.00 in attorney's fees to be paid by Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for Attorney's Fees.

Date: 10/8/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham